UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

v.

CAROL PORTER *et al.,*

    Defendants.

Case No. C06-5235RJB

ORDER TO SHOW CAUSE

The Court, having reviewed the file, does hereby find and ORDER.

(1) Plaintiff shall show cause why he has not corrected the deficiencies noted by the clerks office, (Dkt. # 2), (i.e., no trust account statement, no written consent for recovery of funds), and insufficient service packet,(i.e. no copies of the complaint or Marshal service forms).

(2) Plaintiff will have until July 7th, 2006 to correct the deficiencies in this action or the court will recommend denial of the *in forma pauperis* motion and that the action be dismissed for failure to prosecute.

(3) The Clerk is directed to send a copy of this order to plaintiff and note the July 7th, 2006 date on the court's calendar.

DATED this 5th day of June, 2006.

    /S/ *J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge