UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

    v.

CAROL PORTER *et al.*,

    Defendants.

Case No. C06-5235RJB

REPORT AND RECOMMENDATION

**NOTED FOR:
August 11th, 2006, 2006**

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Plaintiff has filed a proposed complaint and applied for *in forma pauperis* status. (Dkt. # 1).

    The court reviewed the *in forma pauperis* application and entered an Order To Show Cause. (Dkt. # 5). The order gave plaintiff until July 7th, 2006 to cure a number of defects in his application. Plaintiff has not complied.

    The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has

REPORT AND RECOMMENDATION- 1

1  broad discretion in denying an application to proceed in forma pauperis.  <u>Weller v. Dickson</u>, 314

2  F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963).

3        Based on the above, the Court should deny plaintiff's application to proceed *in forma pauperis*,.

4  Plaintiff has not shown that is unable to pay the full filing fee to proceed with his lawsuit.  Mr. Dickerson

5  has failed to comply with a court order and failed to cure the deficiencies in his application.  The court

6  should direct Mr. Dickerson to pay the filing within 30 days of the court's order and if he fails to pay the

7  filing fee the clerk should be directed to dismiss this matter.

8        Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure,

9  the parties shall have ten (10) days from service of this Report to file written objections.  *See also*

10 Fed.R.Civ.P. 6.  Failure to file objections will result in a waiver of those objections for purposes of

11 appeal.  <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule

12 72(b), the clerk is directed to set the matter for consideration on **August 11th, 2006**, as noted in the

13 caption.

15       DATED this 20th day of July, 2006.

17                             */S/ J. Kelley Arnold*
                            J. Kelley Arnold
18                             United States Magistrate Judge

28 REPORT AND RECOMMENDATION- 2