UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

  v.

CAROL PORTER *et al.*,

    Defendants.

Case No. C06-5235RJB

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

    This civil rights action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has filed a motion for appointment of counsel. (Dkt. # 7)

    On June 5th, 2006 this court entered an order to show cause why plaintiff had not cured his *in forma pauperis* application defects. (Dkt # 5). Mr. Dickerson did not respond and the court entered a Report and Recommendation to deny the privilege of *in forma pauperis* status in this case. Plaintiff did not reply or object to the Report and Recommendation and on August 21st, 2006 the Report and Recommendation was adopted. (Dkt # 10).

    Plaintiff has been given until September 21st, 2006 to pay the full 350 Dollar filing fee or this action

ORDER
Page - 1

will be dismissed without prejudice. (Dkt. # 10). In light of that order the motion for appointment of counsel is **DENIED.**

The Clerk is directed to send plaintiff a copy of this Order and to remove (Dkt. # 7) from the court calendar.

DATED this 31st day of August, 2006.

> */S/ J. Kelley Arnoild*
> J. Kelley Arnold
> United States Magistrate Judge

ORDER
Page - 2